IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RODNEY HARRISON, | |
|---|---|
| Plaintiff, | 4:17CV3042 |
| vs. | |
| LANCASTER SHERRIF DEPT., | MEMORANDUM AND ORDER |
| Defendant. | |

On May 1, 2017, upon initial review of his Complaint, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted. (Filing No. 6.) The court informed Plaintiff that he failed to allege sufficient facts of a "policy" or "custom" to "nudge" his claims against Lancaster County across the line from "conceivable to plausible." (*Id*.) The court further informed Plaintiff of the applicable law and necessary allegations to remedy the deficiencies of his Complaint. (*Id*.) Plaintiff filed an Amended Complaint on May 8, 2017, wherein he merely repeats the allegations from his Complaint. (Filing No. 7.) Accordingly,

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. The court will enter judgment by a separate document.

Dated this 8th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge