IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY HARRISON, <br><br> Plaintiff, <br><br> vs. <br><br> LANCASTER SHERRIF DEPT., <br><br> Defendant. | 4:17CV3042 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's second Amended Complaint and Affidavit. ([Filing No. 11](); [Filing No. 12]().) The court dismissed this matter on June 8, 2017. ([Filing No. 9](); [Filing No. 10]().) Accordingly, this case is closed.

IT IS THEREFORE ORDERED that: Because this case is closed, Plaintiff's second Amended Complaint ([Filing No. 11]()) and accompanying Affidavit ([Filing No. 12]()) are denied.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge